IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| GASTROENTEROLOGY EAST, P.A.<br><br>Plaintiff,<br><br>v.<br><br>UNITED SURGICAL PARTNERS INTERNATIONAL, INC.; COVENANT SURGICAL PARTNERS, INC.; COVENANT PRACTICE MANAGEMENT, LLC; GASTROENTEROLOGY EAST MSO, LLC; and CAROLINAS ENDOSCOPY CENTER, LLC,<br><br>Defendants. | Case No. 4:25-cv-00041-D |

## ORDER GRANTING
## JOINT MOTION TO STAY

This matter comes before the Court on Plaintiff Gastroenterology East, P.A. and Defendants United Surgical Partners International, Inc., Covenant Surgical Partners, Inc., and Covenant Practice Management, LLC's joint motion to stay. [D.E. 17]. For good cause shown and for the reasons set forth in the motion, it is **ORDERED** that the joint motion is **GRANTED**. The Court **STAYS** this action and all deadlines for 90 days through and including June 25, 2025. If the parties are unable to resolve the action during the stay, then answers or motions to dismiss shall be due 21 days after the stay is lifted.

SO ORDERED. This the __28__ day of March, 2025.

                                                JAMES C. DEVER III
                                                United States District Judge